FELTON *v.* TAYLOR *et al.; et vice versa.*

LUMPKIN, J. The petition was subject to demurrer, and there was no error in sustaining the demurrer thereto and dismissing it.
*Judgment affirmed on main bill of exceptions. Cross-bill of exceptions dismissed. All the Justices concur.*
AUGUST 18, 1914. REHEARING DENIED SEPTEMBER 15, 1914.

Action for damages. Before Judge Mathews. Bibb superior court. July 22, 1913.

*Jule Felton* and *J. E. Hall,* for plaintiff.
*Hardeman, Jones, Park & Johnston,* for defendants.